IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>v.<br><br>LINKTRUST SYSTEMS, INC.,<br><br>               Defendant. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:13-MC-1050 TS<br><br>District Judge Ted Stewart |

On November 25, 2013, Plaintiff filed a Motion to Compel.[1] The Motion was subsequently referred to a Magistrate Judge under 28 U.S.C. 636(b)(1)(B).[2] The Magistrate Judge issued a Report and Recommendation on August 12, 2014.[3] The matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that Plaintiff's Motion be granted in part and denied in part, as detailed in the Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b), a party has 14 days from the receipt of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the Motion and associated memoranda in the file, and the Report and Recommendation. It is therefore

ORDERED that the Magistrate Judge's August 12, 2014 Report and Recommendation (Docket No. 9) is ADOPTED IN FULL. It is further

---

[1] Docket No. 2.
[2] Docket No. 3.
[3] Docket No. 9.

1

ORDERED that Plaintiff's Motion to Compel (Docket No. 2) is GRANTED IN PART AND DENIED IN PART, and Plaintiff's Motion for Sanctions (Docket No. 2) is DENIED AS MOOT, as detailed in the Magistrate Judge's Report and Recommendation.

The Clerk of the Court is directed to close this case forthwith.

DATED this 30th day of September, 2014.

BY THE COURT:

_____
Ted Stewart
United States District Judge